No. 9627. STATE OF MONTANA, STATE HIGHWAY COMMISSION of the STATE OF MONTANA, et al., PLAINTIFFS AND RESPONDENTS, *v.* MAX HARIG, et al., DEFENDANTS AND APPELLANTS.

313 Pac. (2d) 724.

Decided July 10, 1957.

*Cedor B. Aronow, Aronow & Hoyt,* Shelby, for Appellants.

*Arnold H. Olsen,* former Atty. Gen., *Forrest H. Anderson,* Atty. Gen., *Paul T. Keller,* Spec. Asst. Atty. Gen., *W. M. Black,* Co. Atty., Shelby, for Respondents.

MR. JUSTICE CASTLES: (Acting Chief Justice).

And now come the defendants and appellants, by Cedor B. Aronow, Esq., their attorney, whereupon the defendants and appellants dismiss their Appeal herein the same having been fully settled on the merits.

It is therefore ordered, by this Court, that this Appeal be dismissed and each of the parties pay his own costs incurred herein.